UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONNA LENOCKER,

    Plaintiff,

    v.                               ORDER

MICHAEL J. ASTRUE,              Civil No. 07-1742-ST
Commissioner of Social Security

    Defendant.

HAGGERTY, District Judge:

    Magistrate Judge Stewart refers to this court a Findings and Recommendation [15] in this matter. The Findings and Recommendation recommends affirming the Commissioner's decision that plaintiff was not disabled for purposes of the Social Security Act. Plaintiff objects to the Findings and Recommendation.

1 - ORDER

**DISCUSSION**

When a party objects to any portion of a Findings and Recommendation, the district court must conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(B); *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). This court has performed a *de novo* review, evaluated the Findings and Recommendation, the objections, and the entire record.

In her Objections, plaintiff reasserts arguments that were raised before the Magistrate Judge. Having carefully reviewed the Findings and Recommendation, this court concludes that the Findings and Recommendation adequately dealt with plaintiff's arguments and that the Objections fail to warrant additional analysis here. This court's *de novo* review of the record compels adoption of the Findings and Recommendation in its entirety.

**CONCLUSION**

The court adopts the Findings and Recommendation [15]. For the reasons set forth in the accompanying Findings and Recommendation, the final decision of the Commissioner denying plaintiff Donna Lenocker's application for benefits is AFFIRMED.

IT IS SO ORDERED.

DATED this  5  day of May, 2009.

                                                        /s/ Ancer L. Haggerty
                                                          Ancer L. Haggerty
                                          United States District Judge

2 - ORDER